

# CT Corporation

**Service of Process Transmittal**
12/13/2019
CT Log Number 536811153

**TO:** Rich Wolfson, General Counsel
Cracker Barrel Old Country Store, Inc.
PO Box 787
Lebanon, TN 37088-0787

**RE:** **Process Served in Illinois**

**FOR:** Cracker Barrel Old Country Store, Inc. (Domestic State: TN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | DEBORAH GRIFFIN, Pltf. vs. Cracker Barrel Old Country Store, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Affidavit, Complaint, Letter |
| **COURT/AGENCY:** | St. Clair County - 20th Judicial Circuit Court, IL
Case # 19L0725 |
| **NATURE OF ACTION:** | Asbestos Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/13/2019 at 13:02 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after of service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Don Cary Collins
ATTORNEY AT LAW
126 West Main Street
Belleville, IL 62220
618-234-2001 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/13/2019, Expected Purge Date: 12/18/2019
Image SOP |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 1999 Bryan Street
Suite 900
Dallas, TX 75201 |
| **For Questions:** | 866-665-5799
SouthTeam2@wolterskluwer.com |



Page 1 of 1 / HP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

60/
W#002727
12/13

Case Number ___191.0725___

Amount Claimed _in excess of $50,000.00_

DEBORAH GRIFFIN

VS CRACKER BARREL OLD COUNTRY STORE, INC.

Plaintiff(s) | Defendant(s)

Classification Prefix __L__ Code __02__ Nature of Action __L__ Code __2__

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty. _Don Cary Collins_ Code ____
Address _126 W. Main St._
City _Belleville, IL 62220_ Phone _618-234-2001_
Add. Pltf. Atty. _____ Code ____

NAME _CRACKER BARREL OLD COUNTRY STORE, INC._
_c/o registered agent C T Corporation_
ADDRESS _208 South LaSalle St. Suite 814_

FIRST ALIAS **SUMMONS COPY**
To the above named defendant(s)......

CITY & STATE _Chicago, IL 60604_

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20__
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 20__

SEAL
11/20/2019
JAMIE DUNLEAVY

Clerk of Court

BY DEPUTY: _____

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

*FOREIGN* (stamp)

DIE DATE
12/13/2019

DOC. TYPE: LAW
CASE NUMBER: 2019L0725
DEFENDANT
CRACKER BARREL OLD COUNTRY STORE@DBA CT C(
208 S LASALLE ST
CHICAGO, IL 60604
STE 814

SERVICE INF
ATTACHED

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

DEBORAH GRIFFIN, )
)
    Plaintiff, )
)
vs. ) Case No. 19-L-0725
)
CRACKER BARREL OLD COUNTRY )
STORE, INC., )
)
    Defendant. )

## AFFIDAVIT OF PERSONAL SERVICE BY SHERIFF

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

I, _____, being first duly sworn, on oath, depose and say that I am the _____ Sheriff of Cook County, State of Illinois, and that as such _____ Sheriff, I have served the following documents: Summons; Complaint and Affidavit upon the above-named Defendant on the _____ day of _____, 2019, at approximately _____ o'clock ____. m. at _____, by serving the same upon _____, with C T
        *AS*
Corporation, the registered agent for the Defendant, who is a _____ of
                                                             (Female/Male)
the _____ race approximately _____ years of age

by leaving a copy thereof with her/him personally, and informing her/him of the contents thereof.

I further certify that as such _____ Sheriff, I have served the within described documents as indicated above, and that I am over the age of 18 years and not a party to the within action.

My fee for serving the within-described documents was $60.00.

_____

_____ Sheriff

Signed and sworn to before me this _____ day of _____, 2019.

_____
Notary Public

My Commission Expires:

_____

Electronically Filed
Kahalah A. Clay
Circuit Clerk
MYRTLE SHANNON
19L0725
St. Clair County
10/15/2019 4:01 PM
6966902

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

DEBORAH GRIFFIN, )
)
Plaintiff, )
) Case No. 19-L-0725
vs. )
)
CRACKER BARREL OLD COUNTRY STORE, )
INC. )
)
Defendant. )

## COMPLAINT
### (NEGLIGENCE)

NOW COMES the Plaintiff, DEBORAH GRIFFIN, by and through her attorney, Don Cary Collins, and for her Complaint against CRACKER BARREL OLD COUNTRY STORE, INC., states as follows:

1. Plaintiff is an individual residing in Will County, Illinois.

2. Defendant, Cracker Barrel Old Country Store, Inc. is a foreign corporation, incorporated in the state of Tennessee, and at all relevant times herein doing business in the County of St. Clair, State of Illinois.

3. On October 28, 2017, Defendant was the owner and/or operator of a Cracker Barrel Restaurant, Store No. 569, located at 3160 Green Mount Crossing Drive, in the City/Village of Shiloh, County of St. Clair, State of Illinois, of which the general public was expressly or impliedly invited by the Defendant to enter for purchasing food and drink and other miscellaneous property items for sale.

1

4. At the above time and place the Plaintiff was a patron of Defendant's restaurant in Shiloh, Illinois.

5. It was then and there the duty of the Defendant to keep and maintain the restaurant, including the parking lot, in a reasonably safe condition so as not to injure any members of the general public who were lawfully in the restaurant either by express or implied invitation of the Defendant.

6. At the above time and place, Defendant owed a duty to Plaintiff to exercise ordinary due care to maintain its premises in a reasonably safe condition.

7. Contrary to and in violation of said duty, Defendant was negligent and careless in the maintenance of its premises as follows:

   a. Failed to properly maintain the parking lot area of the restaurant;

   b. Failed to place a warning sign to give notice to patrons of the defective condition of its parking lot area;

   c. Failed to exercise due diligence and ordinary care and should have known that patrons of Defendant's restaurant would be walking through the parking lot area to obtain access to the inside of Defendant's restaurant, and allowed the parking lot area to remain in a defective condition knowing or should have known, would lead to patrons being tripped and falling due to its dangerous condition;

   d. Failed to provide adequate lighting for the parking lot area, making it difficult for the Plaintiff or others to see the unevenness and defects in the parking lot during the evening hours;

   e. Due to Defendant allowing the lighting for the parking lot area not to work after it was dark, of which caused to hide or cover up the defective condition of the parking lot area, making said area darker than normal and extremely more difficult for the Plaintiff to see the unevenness and defects in the parking lot area in the evening hours;

   f. Allowed a dangerous condition to exist, making the parking lot area next to the entrance to Defendant's restaurant unreasonably dangerous for ordinary use by the Plaintiff or others; and,

2

g. Failed to warn Plaintiff of the dangerous condition of its parking lot area which it knew, or in the exercise of ordinary care, should have known existed.

8. As a result and proximate result of said Defendant's negligence as aforesaid, Plaintiff, DEBORAH GRIFFIN, was greatly injured and also suffered severe and permanent injuries, both internally and externally, and will in the future experience great pain and Plaintiff was hindered and prevented from attending to her usual business and affairs, and suffered great anguish and will in the future lose large sums of money, which would have otherwise accrued to her, and she was compelled to expend and become liable for large sums of money for medical expenses in endeavoring to become healed and cured of her injuries.

WHEREFORE, Plaintiff, DEBORAH GRIFFIN, prays for judgment against Defendant, CRACKER BARREL OLD COUNTRY STORE, INC., in an amount in excess of $50,000.00, plus costs of suit.

DEBORAH GRIFFIN, Plaintiff

By: _____

Don Cary Collins, Esq., #487724
Attorney for the Plaintiff
126 West Main Street
Belleville, IL 62220
(P) 618-234-2001
(F) 618-234-2002
dcarcol@prodigy.net

Electronically Filed
Kahalah A. Clay
Circuit Clerk
MYRTLE SHANNON
19L0725
St. Clair County
10/15/2019 4:01 PM
6966902

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

DEBORAH GRIFFIN, )
)
Plaintiff, )
) Case No. 19-L-0725
vs. )
)
CRACKER BARREL OLD COUNTRY )
STORE, INC. )
)
Defendant. )

## AFFIDAVIT

STATE OF ILLINOIS )
) SS.
COUNTY OF ST. CLAIR )

I, DON CARY COLLINS, Attorney for the Plaintiff, DEBORAH GRIFFIN, being first duly sworn under oath, depose and state that pursuant to Supreme Court Rule 222, the total money damages sought in the above-entitled cause does exceed $50,000.00.

_____
Affiant

Signed and sworn to before me this 15TH day of October, 2019.

_____
Notary Public

My Commission Expires:

_____

"OFFICIAL SEAL"
THOMAS M. DALEY
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES APRIL 21, 2019

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number __1910725__

Amount Claimed __in excess of $50,000.00__

DEBORAH GRIFFIN

VS CRACKER BARREL OLD COUNTRY STORE, INC.

Plaintiff(s)            Defendant(s)

Classification Prefix __L__ Code __02__ Nature of Action __L__ Code __2__

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty. __Don Cary Collins__ Code _____
Address __126 W. Main St.__
City __Belleville, IL 62220__ Phone __618-234-2001__
Add. Pltf. Atty. _____ Code _____

NAME CRACKER BARREL OLD COUNTRY STORE, INC.
c/o registered agent C T Corporation
ADDRESS 208 South LaSalle St. Suite 814

FIRST ALIAS **SUMMONS COPY**
To the above named defendant(s).......:

CITY & STATE Chicago, IL 60604

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20__
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 20__



SEAL
11/20/2019
JAMIE DUNLEAVY

_____
Clerk of Court

BY DEPUTY: _____

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |

(b) – (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) – Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |

(d) - (Other service):

_____, Sheriff of _____ County

_____, Deputy

**SHERIFF'S FEES**

Service and return _____ $
Miles _____ $
Total _____ $

Sheriff of _____ County

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
## ST CLAIR COUNTY, ILLINOIS

### INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT

| GRIFFIN VS CRACKER BARREL | 19-L-0725 |
|---|---|



FILED
ST. CLAIR COUNTY
NOV 2 5 2019
CIRCUIT CLERK

TO: A FILE COPY

Date : 1/13/2020     Time : 9:00 AM     Room : 401

The above-styled case is assigned to: HON. CHRISTOPHER KOLKER.

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rule 6.06, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1. Service upon all of the parties;
2. Whether the case will be jury or no-jury;
3. The nature, issues, and complexity of the case;
4. Simplification of the issues;
5. Amendments and challenges to the pleadings;
6. Admissions of fact and documents;
7. Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8. Third parties;
9. Scheduling of settlement conferences;
10. Necessity of subsequent case management conferences;
11. Trial settings.

Office of Chief Judge

L63



# DON CARY COLLINS, ESQ.
ATTORNEY AT LAW

126 West Main Street
Belleville, Illinois 62220

Licensed in Illinois & Missouri

Telephone (618) 234-2001
Fax (618) 234-2002

November 21, 2019

ATTN: Lt. Hudson
Cook County Sheriff's Dept.
50 W. Washington
Chicago, IL 60602

Attn: Civil Process Division

Re: Deborah Griffin vs Cracker Barrel Old Country Store, Inc.; 19-L-0725;
St. Clair County, Illinois

Dear Madam/Sir:

Please find enclosed within for service the original and one (1) copy of First Alias Summons, with file-marked copies of the Complaint and Affidavit attached to each hereto. I have also enclosed within an Affidavit of Service of Summons for you to fill out and return to my office when service has been made.

Please serve copies of Summons and said documents upon C T Corporation as the registered agent of Cracker Barrel Old Country Store, CT Corporation at 208 South LaSalle Street, Suite 814, Chicago, Illinois 60604.

Enclosed within is a check in the amount of $60.00 for your service fees. Also, enclosed within is a self-addressed, stamped envelope for your convenience for you to return the original executed Summons and Affidavit indicating service upon said registered agent for the Defendant. Upon receipt, I will forward the same to the clerk of the court.

Thank you very much for your cooperation and attention.

Sincerely,

Don Cary Collins, Esq.

DCC/jak
Enclosures

cc: Deborah Griffin (by e-mail)